Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Benjamin R. Buchwalter (State Bar No. 301130)
bbuchwalter@fbm.com
John J. Darin (State Bar No. 323730)
jdarin@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
AMAZON.COM SERVICES LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOPHIA DIAZ, as an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441**<br><br>[VENTURA COUNTY SUPERIOR COURT, CASE NO. 2025CUOE55345] |

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL
ACTION UNDER 28 U.S.C. § 1441

48017\20826481.2

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF SOPHIA DIAZ:

PLEASE TAKE NOTICE that Defendant AMAZON.COM SERVICES LLC ("Amazon" or "Defendant"), pursuant to 28 U.S.C. § 1441, hereby removes the above-entitled action to this Court from the Superior Court of the State of California in and for the County of Ventura.

## I.    FACTUAL AND PROCEDURAL BACKGROUND

On December 15, 2025, Plaintiff ANGELINA TOVAR ("Plaintiff") filed a civil complaint in the Superior Court of the State of California, County of Ventura, titled *Sophia Diaz v. Amazon.com Services LLC, et al..*, Case No. 2025CUOE055345.  A true and correct copy of the Complaint (hereinafter the "Complaint"), together with its Civil Case Cover Sheet and other related filings, is attached as **Exhibit A** to the Declaration of Benjamin R. Buchwalter ("Buchwalter Decl.") submitted concurrently herewith.  *See* Buchwalter Decl., ¶ 2.

In her Complaint, Plaintiff alleges four causes of action against Amazon: (1) Disability Discrimination in Violation of FEHA; (2) Failure to Accommodate in Violation of FEHA; (3) Failure to Engage in the Interactive Process in Violation of FEHA; and (4) Retaliation in Violation of FEHA. *See* Buchwalter Decl., **Exh. A** (Complaint) at p. 1 (Caption).  Plaintiff seeks payment of general damages, punitive damages, medical expenses, prejudgment interest, reasonable attorneys' fees and costs, and for such other and further relief as the Court deems proper.  *Id.* at pp. 27-28 (Prayer for Relief).

On December 16, 2025, Amazon was served with Plaintiff's Complaint. A true and correct copy of the Proof of Service of Summons is attached as **Exhibit B** to the Declaration of Benjamin R. Buchwalter submitted concurrently herewith. *See* Buchwalter Decl., ¶ 3.  On January 14, 2026, Amazon timely answered Plaintiff's Complaint in State Court, a true and correct copy of which is attached as **Exhibit C** to the Declaration of Benjamin R. Buchwalter submitted concurrently herewith.  *See*

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL
ACTION UNDER 28 U.S.C. § 1441                    2                    48017\20826481.2

Buchwalter Decl., ¶ 4.

## II.   THE NOTICE OF REMOVAL IS TIMELY

This Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading." *See* 28 U.S. §1446(b)(2)(B).

## III.   THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on the parties' diversity of citizenship.  *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States[.]").

First, Plaintiff and Defendants are citizens of different states.  Plaintiff's Complaint alleges that he resided in the state of California at all material times.  *See* Buchwalter Decl., **Exh. A** (Complaint) at ¶ 5.

Amazon.com Services LLC is not a citizen of California.  For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  At all times relevant to this action, Amazon.com Services LLC has been a citizen of Washington and Delaware (but not California). A true and correct copy of the California Secretary of State Statement of Information for Amazon.com Services LLC is attached as **Exhibit D** to the Buchwalter Declaration submitted concurrently herewith. *See* Buchwalter Decl., ¶ 5, **Exh. D** (California Secretary of State Statement of Information for Amazon.com Services, LLC). The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Seattle, Washington. A true and correct copy of the Washington Secretary of State Statement of Information for Amazon.com Sales, Inc. is attached as **Exhibit E** to the Declaration of Benjamin R. Buchwalter submitted concurrently herewith.  *See* Buchwalter Decl., ¶ 6, **Exh. E**. (Washington Secretary of State Statement of

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL
ACTION UNDER 28 U.S.C. § 1441

3

48017\20826481.2

Information for Amazon.com Sales, Inc. listing principal office in Seattle, Washington and organized under Delaware law).

Moreover, the amount in controversy exceeds $75,000. Though Amazon denies that Plaintiff is entitled to any damages, Plaintiff seeks general, special, actual compensatory damages; punitive damages; litigation costs and attorneys' fees; interest; general damages for pain and suffering; damages for past and future medical expenses; lost wages and other benefits; and more. *See* Buchwalter Decl., **Exh. A** (Complaint) at pp. 28 (Prayer for Relief). California federal courts have routinely found that the amount-in-controversy requirement is satisfied in cases with similar claims and damages sought. *See, e.g.*, *Castanon v. Int'l Paper Co.*, No. 2:15-CV-08362-ODW (JC), 2016 WL 589853, at *1–2 (C.D. Cal. Feb. 11, 2016) (amount-in-controversy requirement satisfied in disability discrimination case seeking lost earnings, emotional distress and punitive damages, and attorneys' fees); *Vasquez v. Arvato Dig. Servs., LLC*, No. CV 1-02836 RSWL (AJWx), 2011 WL 2560261, at *3 (C.D. Cal. Jun. 27, 2011) (disability discrimination case where lost wages were around $25,000, but the addition of attorney's fees and emotional distress damages suggested that the amount in controversy would exceed $75,000); *see also Winters v. Aimco/Bethesda Holdings Inc.*, 2018 WL 6567113, at *2 (S.D. Cal. Dec. 13, 2018) ("[A] court must include future attorneys' fees recoverable by statute … when assessing whether the amount in controversy requirement is met.") (quoting *Fritsch v. Swift Transp. Co. of Ariz., LLC*, 899 F.3d 785, 794 (9th Cir. 2018)); *Rodriguez v. Home Depot, U.S.A., Inc.*, No. 16-CV-01945-JCS, 2016 WL 3902838, at *1 (N.D. Cal. July 19, 2016) (amount-in-controversy requirement satisfied in wrongful termination case seeking lost wages, equitable relief, restitution, emotional distress damages, punitive damages, and attorneys' fees and costs). Thus, removal is proper based on this Court's diversity jurisdiction.

## IV.    VENUE IS PROPER IN THIS COURT

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL    4
ACTION UNDER 28 U.S.C. § 1441

48017\20826481.2

which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court embraces the Superior Court of the State of California for the County of Ventura, which is where Plaintiff's Complaint was originally filed.  Accordingly, this Court is the appropriate court to which to remove this action.

## V.    NOTICE OF REMOVAL

Defendant will promptly provide written notice of this Notice of Removal to Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Ventura.

Dated:  January 15, 2026              FARELLA BRAUN + MARTEL LLP


By:   _____*/s/ John J. Darin*_____
            John J. Darin

Attorneys for Defendant
AMAZON.COM SERVICES LLC

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL
ACTION UNDER 28 U.S.C. § 1441          5          48017\20826481.2