JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA DIAZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:26-cv-00459-SPG-MAA<br><br><br>**JUDGMENT** |

-1-

Pursuant to the Court's Order Granting Plaintiff's Motion to Remand, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the California Superior Court for Ventura County for further proceedings.

**IT IS SO ORDERED.**

DATED:  July 7, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE